IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PHYLLIS M. POZIVIAK

          Plaintiff                 Civil Action No.: 07-784

    v.

AMC MORTGAGE SERVICES,
AMERIQUEST MORTGAGE,
COMPANY, NATIONS TITLE
AGENCY OF MARYLAND

          Defendants

## STIPULATION DISCONTINUANCE

TO THE CLERK OF THE COURT:

It is hereby Stipulated by and among the undersigned counsel that the captioned

matter is settled and discontinued.

Respectfully submitted,                 Respectfully submitted,


By: /s/ Howard F. Murphy          By: /s/ Salvatore A. Vilardi
Howard F. Murphy, IV, Esquire      Salvatore A. Vilardi, Esquire
Counsel for Plaintiff                Counsel for Defendant

                              Respectfully submitted,


                              By: /s/ Sandhya N. Feltes,
                              Sandhya N. Feltes, Esquire
                              Counsel for Defendant

SO ORDERED, this 21st day of May, 2008.

Gary L. Lancaster, U.S. District Judge